IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOHNNY JAQUESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:22-CV-015-C |

## JUDGMENT

In accordance with the Court's Order of even date granting Defendant's Motion for Summary Judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Johnny Jaquess' claims against Defendant Allstate Vehicle and Property Insurance Company are **DISMISSED** and that Plaintiff take nothing as to said claims.

Signed June 27, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE